**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01089-BNB

WILLIE HORTON,

    Plaintiff,

v.

BLAKE DAVIS, Warden,
MARK COLLINS, Admin. Remedy Coordinator,
P. RANGEL, Unit Manager,
D. FOSTER, Counselor, and
A. FENLON, Case Manager,

    Defendants.

**MINUTE ORDER**

ORDER ENTERED BY MAGISTRATE JUDGE BOYD N. BOLAND

    On May 20, 2013, Plaintiff filed a Motion for Clarification, ECF No. 7. The Court finds the April 25, 2013 Order is clear regarding what Plaintiff is required to do to proceed with this case. Plaintiff has been given an extension of time to comply with the Order. Court-approved forms are available as stated in the April 25 Order. The Court did not suggest in the Order to Cure Deficiencies that Plaintiff may receive legal assistance in proceeding in this action. Plaintiff may receive assistance only in obtaining the Court-approved forms required to proceed with this action.

    Pursuant to the United States District Court, District of Colorado Schedule of fees, reproduction of any record or paper is $.50 per page. Photocopies of previous filings must be paid for in advance. Plaintiff also must identify what specific document he desires to have copied so the Clerk of the Court can determine the copying fee to be charged. The Clerk of the Court is directed to send a copy of the Docket in Case No. 12-cv-00349-REB-BNB to Plaintiff so he can identify the document to be copied.

    The Motion for Clarification is responded to and ordered termed. Plaintiff shall have thirty days from the date of this Minute Order to comply with the Court's April 25, 2013 Order. No further extensions will be granted without just cause.

Dated: May 21, 2013