IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 13-cv-01089-REB-BNB

WILLIE HORTON,

Plaintiff,

v.

BLAKE DAVIS, ADX Warden,
MARK COLLINS, ADX Admin. Remedy Coordinator,
P. RANGEL, ADX Unit Manager,
D. FOSTER, ADX Counselor, and
A. FENLON, ADX Case Manager,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      This matter is before the Court on the **Motion for Clarification** [docket no. 32, filed January 10, 2014] and **Motion for Clarification** [docket no. 34, filed January 17, 2014] (the "Motions").

      IT IS ORDERED that the Motions are DENIED.


DATED:  January 24, 2014