**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01089-REB-NYW

WILLIE HORTON,

      Plaintiff,

v.

BLAKE DAVIS, ADX Warden,
MARK COLLINS, ADX Admin. Remedy Coordinator,
P. RANGEL, ADX Unit Manager,
D. FOSTER, ADX Counselor,
A. FENLON, ADX Case Manager,

      Defendants.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the ORDER OVERRULING OBJECTIONS TO AND ADOPTING RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE of Judge Robert E. Blackburn entered on March 24, 2015 it is

ORDERED that Plaintiff WILLIE HORTON, recovers nothing, the action is dismissed on the merits, and Defendant BLAKE DAVIS, ADX Warden, MARK COLLINS, ADX Admin. Remedy Coordinator, P. RANGEL, ADX Unit Manager, D. FOSTER, ADX Counselor, A. FENLON, ADX Case Manager, are **AWARDED** their costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.

Dated at Denver, Colorado this 24th day of March, 2015.

FOR THE COURT:
JEFFREY P. COLWELL, CLERK

By:  s/   K. Finney

      K. Finney
      Deputy Clerk