**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-01089-REB-NYW

WILLIE HORTON,

      Plaintiff,

v.

A. FENLON, ADX Case Manager, and
D. FOSTER, ADX Counselor,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Overruling Objections to and Adopting Recommendation of United States Magistrate Judge of Judge Robert E. Blackburn entered on January 11, 2016, it is

ORDERED that Plaintiff's are dismissed with prejudice; it is

ORDERED that judgment with prejudice enters on behalf of defendants, A. Fenlon, ADX Case Manager, and D. Foster, ADX Counselor, and against plaintiff, Willie Horton, as to all claims for relief and causes of action asserted in this action.

    Dated at Denver, Colorado this 11th day of January, 2016.

                        FOR THE COURT:
                        JEFFREY P. COLWELL, CLERK

            By: s/   K. Finney

                        K. Finney
                        Deputy Clerk